**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0771-16T1

SARAH MOSESON,

     Plaintiff-Appellant,

v.

LAKEWOOD TOWNSHIP
PLANNING BOARD and
SOMERSET COUNTY
LINE, LLC,

     Defendants-Respondents.

_____

        Submitted June 4, 2019 – Decided June 11, 2019

        Before Judges Fisher and Sumners.

        On appeal from Superior Court of New Jersey, Law Division, Ocean County, Docket No. L-3424-15.

        Gasiorowski and Holobinko, attorneys for appellant (R.S. Gasiorowski, on the brief).

        King Kitrick Jackson & McWeeney, LLC, attorneys for respondent Lakewood Township Planning Board (John J. Jackson, III, on the brief).

Giordano, Halleran & Ciesla, PC, attorneys for respondent Somerset County Line, LLC (Paul H. Schneider and Afiyfa H. Ellington, on the brief).

PER CURIAM

The parties having resolved their differences, the within appeal is dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-0771-16T1